# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

LYNN NABORS-MCNALLY, et al.,

    Plaintiffs,

v.                                           CIVIL ACTION NO. 2:16-cv-02804

ETHICON, INC.,

    Defendant.

## MEMORNADUM OPINION AND ORDER

On August 13, 2019, I entered an order directing plaintiffs to show cause on or before August 27, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Ethicon, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed. No other defendants remain, and this case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER: September 13, 2019

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE